AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| ROSE MARY PAOLINO and JEFFREY PAOLINO, | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Plaintiff(s)_ | ) | |
| v. | ) | Civil Action No. 0:18-cv-60789-DPG |
| U.S. BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR NEW RESIDENTIAL PASS-THROUGH TRUST V and NATIONSTAR MORTGAGE, LLC d/b/a MR. COOPER, | ) ) ) ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  U.S. BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR NEW RESIDENTIAL
PASS-THROUGH TRUST V,
c/o Mr. Andrew J. CeCere
425 Walnut Street
Cincinnati, OH 45202-3923

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> The Advocacy Group
> c/o Jessica L. Kerr
> 200 S.E. 6th Street, Suite 504
> Fort Lauderdale, FL 33301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date:  Apr 12, 2018



Steven M. Larimore
Clerk of Court

**SUMMONS**

_s/ Randi Marks_
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| ROSE MARY PAOLINO and JEFFREY PAOLINO, | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR NEW RESIDENTIAL PASS-THROUGH TRUST V, and NATIONSTAR MORTGAGE, LLC d/b/a MR. CO | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

Civil Action No.  0:18-cv-60789-DPG

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   NATIONSTAR MORTGAGE, LLC d/b/a MR. COOPER
c/o CORPORATION SERVICE COMPANY
1201 HAYS STREET
TALLAHASSEE, FL 32301-2525

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

The Advocacy Group
c/o Jessica L. Kerr
200 S.E. 6th Street, Suite 504
Fort Lauderdale, FL 33301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   Apr 12, 2018   _____



Steven M. Larimore
Clerk of Court

**SUMMONS**

*s/ Randi Marks*
Deputy Clerk
U.S. District Courts